# United States District Court

NORTHERN DISTRICT OF NEW YORK

SUMMONS IN A CIVIL CASE

JOSHUA G. STEGEMANN,

        Plaintiff,

        v.        CASE NUMBER: 1:15-cv-021 (TJM/CFH)

RENSSELAER COUNTY, PATRICK RUSSO, ARTHUR HYDE,
STEVE WOHLLEBER, WILLIAM WEBSTER, SHANE HOLCOMB,
JASON ROBELOTTO,  MARK GERACITANO, SANDRA BLODGETT,
JUSTIN WALREAD, JAMI PANICHI, TRAVIS MCCARTHY,
WILLIAM SCOTT, DALE GERO, MICHELLE MASON, JOHN STEC,
ROBERT PATTERSON, STEVE JONES,  BERKSHIRE COUNTY DRUG
TASK FORCE, SUBSURFACE INFORMATIONAL SURVEYS, INC., DEREK
PYLE, RICHARD MCNALLY,  JAMES DEAS, WILLIAM ROY,
INVESTIGATOR FILM, AND  UNKNOWN  MEMBERS  OF THE RENSSELAER
COUNTY EMERGENCY RESPONSE TEAM.

        Defendants.

TO:    John Stec, Justin Walread, William Webster, Steven Wohlleber, Rensselaer County, Jason Robelotto, Richard McNally, James Deas, Patrick Russo, William Scott, Arthur Hyde, Steve Jones, Michelle Mason, Travas McCarthy, Jami Panichi, Robert Patterson, Derek Pyle, Mark Geracitano, William Roy, Dale Gero, Subsurface Informational Services, Inc., Investigator Film, Shane Holcomb, Sandra Blodgett, and Richard C. Giardano.

A lawsuit has been filed against you.   Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules  of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **JOSHUA G. STEGEMANN  -PLAINTIFF PRO SE**
        **Reg. No. 20552-052**
        **FCI Berlin**
        **Inmate Mail/Parcels**
        **P.O. Box 9000**
        **Berlin, NH 03570**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

_Laurence K. Baum_
Clerk of Court

April 27, 2018
DATE

  s/ Rose Pieklik
(BY) DEPUTY CLERK